ADAM G. GASNER (CSBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:    415-782-6000
Facsimile:     415-255-7264

Attorney for Defendant
EBEN GOSSAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>EBEN GOSSAGE,<br><br>             Defendant. | Case Number:  CR 11-0227 EDL<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE:  CONTINUING DATE FOR<br>CHANGE OF PLEA |

The parties to this action stipulate to a continuance of the change of plea date from January 31, 2012 to March 13, 2012 at 11:00 AM.

SO STIPULATED AND AGREED:

Dated: 1-27-12                    S/S_____
                                  ADAM G. GASNER
                                  Attorney for Defendant


Dated: 1-27-12                    S/S_____
                                  ACADIA L. SENESE
                                  Special Assistant United States Attorney

-1-

**USA V. GOSSAGE**
**STIPULATION & ORDER**

SO ORDERED:

Dated: January 30, 2012



IT IS SO ORDERED

Judge Elizabeth D. Laporte

-2-

**USA V. GOSSAGE**
**STIPULATION & ORDER**